```
                                                          FILED-CLERK
                                                        U.S. DISTRICT COURT
        IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS              2007 OCT 22 PM 2: 41
                  SHERMAN DIVISION
                                                          TEXAS-EASTERN
```

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | BY_____ |
| v. § | CASE NO. 4:03cr94 |
| § | |
| CARLOS GARZA III § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order. As Defendant has waived his right to object, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is finally **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a period of nine (9) months, with no supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in the Bureau of Prisons facilities located in Seagoville, Texas.

**SIGNED** this 19th day of October, 2007.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE